# UNITED STATES DISTRICT COURT
for the

District of Alaska

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>kenaidoc@yahoo.com which is stored at premises<br>controlled by Oath, Inc., (previously Yahoo!, Inc.) | ) ) ) Case No.  3:20-mj-00296-MMS<br>) ) ) |

## SEARCH AND SEIZURE WARRANT

To:  Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of \_\_\_Alaska\_\_\_
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated here by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated here by reference.

**YOU ARE COMMANDED** to execute this warrant on or before   June 12, 2020   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for \_\_\_\_\_ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  May 29, 2020/1400 hours         *Judge's signature*

City and state:  Anchorage, Alaska         Hon. Matthew M. Scoble, United States Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 3:20-mj-00296-MMS | Date and time warrant executed: 6/4/2020 12:29pm | Copy of warrant and inventory left with: E-mail Search Warrant |
|---|---|---|

Inventory made in the presence of: Oath Inc.

Inventory of the property taken and name of any person(s) seized:

An Electronic link was sent to law enforcement by Oath, Inc. on 7/6/2020 with access to the emails provided pursuant to the search warrant demand. —TR

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/22/2020

_Executing officer's signature_

Tonya Rhame Special Agent
_Printed name and title_

Sworn to telephonically subscribed to and returned electronically, before me this

July 23, 2020

MATTHEW M. SCOBLE
U.S. Magistrate Judge